# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SARKON YONAN HANNA,<br><br>Defendant. | Case No.  23MJ8622-LR<br><br>COMPLAINT FOR VIOLATION OF<br><br>18 U.S.C. § 545<br>Importation Contrary to Law<br>(Felony)<br>18 U.S.C. § 2 -Aiding and Abetting |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about August 14, 2023, within the Southern District of California, defendant SARKON YONAN HANNA did knowingly import merchandise, to wit: three (3) *Ateles* Spider Monkeys, contrary to law, that is, Title 16, United States Code, Sections 1538(c) and 1540(b), in violation of Title 18, United States Code, Sections 545 and 2.

//

//

//

//

//

//

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
John Pritting, Special Agent
U.S. Fish and Wildlife Service

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on August 15, 2023.

_____
HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATE OF AMERICA

v.

SARKON YONAN HANNA

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the personal observations, investigation, and information furnished to U.S. Fish and Wildlife Service (FWS) Special Agent John Pritting.

On August 14, 2023, at approximately 0016 hours, defendant SARKON YONAN HANNA entered the United States from Mexico at the Calexico West Port of Entry, as the front seat passenger in a 2020 Gray Toyota Sienna registered in his name, which was driven by his spouse. At the primary inspection booth, a Customs and Border Protection Officer (CBPO) asked if they had anything to declare from Mexico. Neither HANNA nor the driver of the vehicle declared any items.

The CBPO asked the driver to roll down the back windows of the vehicle. The CBPO observed a black bag behind the second-row seat, which was reclined. The CBPO moved the reclined seat to the upright position and picked up the black bag. The officer noticed something was moving inside the bag. The CBPO asked what was inside the bag and HANNA replied "Monkeys." No documentation or other paperwork related to the monkeys was located in the vehicle or in the possession of either occupant of the vehicle.

After waiving his constitutional rights, HANNA stated the monkeys belonged to him. HANNA stated that he had purchased them in Mexico and intended to sell them to an individual in the United States.

I identified the monkeys in the vehicle as Mexican spider monkeys of the genus *Ateles,* which are native to Mexico, based on my training and experience with prior investigations working with Spider monkeys. Pictures of the monkeys were also sent to the Director of Animal Welfare and Research for the Conservation Society of California at the Oakland Zoo, Darren Minier MAIS, who confirmed all the monkeys in the photographs were Spider monkeys of the genus *Ateles*. The spider monkeys are currently too young to determine species by visual characteristics; however, that will be confirmed

by blood sample. The Mexican Spider Monkey of the species *Ateles geoffroyi vellerosus* has been listed on Appendix II of the Convention on International Trade in Endangered Species (CITES) since April 2, 1977. All species of the *Ateles* genus are listed on a CITES Appendix and are protected.

The Convention on International Trade in Endangered Species (CITES) is a treaty signed by over 180 nations (including the United States and Mexico) which established protocols for international trade in species covered by the treaty. There are three appendices to CITES listing various species, providing differing levels of protection to the species listed therein. The Endangered Species Act prohibits any person subject to the jurisdiction of the United States from engaging in any trade or possessing any specimens contrary to the provisions of CITES. 16 U.S.C. §1538(c)(1).

Pursuant to the federal regulations implementing CITES, an official CITES document is required to accompany all wildlife imports or exports of a species listed on a CITES Appendix. For imports from Mexico of a species listed on Appendix II, a CITES export permit from Mexico is required. 50 C.F.R. §23.20(e). If an individual wishes to travel internationally with their personally owned wildlife subject to CITES, they may be exempt from other CITES requirements if they acquire and present upon entry a CITES certificate of ownership for the wildlife from the CITES management authority where they reside. 50 C.F.R. §23.44. In order to obtain a CITES certificate of ownership, the owner must be able to demonstrate that the wildlife was obtained lawfully. *Id*.

All live cats, dogs and monkeys, regardless of origin, are subject to various Foreign Quarantine Regulations of the U.S Public Health Service upon importation into the United States, in order to prevent the transmission of diseases. 19 C.F.R. §12.26(d). All non-human primates are subject to a 31-day quarantine period upon entry into the United States, during which specific testing is required. 42 C.F.R. §71.53(l). The quarantine regulations pertaining to non-human primates require the importer to give notice one week in advance of importation into the United States to the Department of Health and Human Services, Center for Disease Control, providing detailed information about the intended importation, including the species, quantity,

and origin, the location of the quarantine facility, the port of entry and date of importation. This notice provides the opportunity for a government veterinarian to be present to inspect the primates upon importation. Importation of non-human primates is limited by regulation to ports of entry where licensed veterinarians are assigned and does not include the Calexico West Port of Entry.

A check of the records of the FWS indicated that there was no record of any CITES certificates offered for the importation, exportation, or trade of any monkeys of this species for the period from August 14, 2022, through August 14, 2023, and no CITES certificate of ownership was issued to HANNA. Records of the State of California indicated that no permit that would allow HANNA to possess a Mexican spider monkey under the laws of California has ever been issued. Representatives of the Department of Health and Human Services, Center for Disease Control, confirmed that HANNA provided no notice of importation of a non-human primate in advance of his entry on August 14, 2023.